James H. Berry, Jr. (State Bar No. 075834)
Kevin R. Lussier (State Bar No. 143821)
BERRY & LUSSIER
A Professional Corporation
1901 Avenue of the Stars, Suite 1060
Los Angeles, California 90067
Telephone: (310) 557-8989
Facsimile: (310) 788-0080
jberry@bandlpc.com
klussier@bandlpc.com

Attorneys for Defendant
EXPORT DEPOT, d/b/a HOTEL-CARTS.COM

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE WINSFORD CORPORATION, a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>EXPORT DEPOT, D/B/A HOTEL-CARTS.COM, a Canadian corporation,<br><br>Defendant. | Case No. 2:04-cv-01083 JFW (PJWx)<br><br>**DEFENDANT EXPORT DEPOT'S OBJECTION TO PLAINTIFF'S REPLY MEMORANDUM IN SUPPORT OF MOTION FOR CONTEMPT FOR VIOLATING THE COURT'S STANDING ORDER**<br><br>District Judge: John F. Walter<br>Complaint filed: 2/18/2004<br><br>Date: August 27, 2012<br>Time: 1:30 p.m.<br>CTRM.: 16 |

2:04-cv-01083 JFW (PJWx)
**Defendant Export Depot's Objection To Plaintiff's Reply Memorandum In Support Of Motion For Contempt For Violating The Court's Standing Order**

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

Defendant Export Depot, dba Hotel-Carts.com ("Export Depot") hereby objects to the Reply of plaintiff The Winsford Corporation in support of its Motion for Contempt for violating the Court's Standing Order entered in this action on February 18, 2004. [Docket No. 4.] The Court's Standing Order states that "Replies shall not exceed 12 pages." [Standing Order, at p. 5, lines 17-18.] Plaintiff's Reply memorandum is 15 pages in length. Export Depot is unaware of any application by Plaintiff to the Court seeking permission to exceed the Court's ordered page limitation, which the Court's Order states will be granted "[o]nly in rare instances and for good cause shown[.]" [Standing Order, at p. 5, lines 18-19.][1] Accordingly, Export Depot objects to Plaintiff's Reply for violating this Court's Standing Order.

DATED:  August 16, 2012               Respectfully submitted,

                                       BERRY & LUSSIER
                                       A Professional Corporation
                                       James H. Berry, Jr.
                                       Kevin R. Lussier


                                       By: /s/ Kevin R. Lussier
                                            Kevin R. Lussier
                                            Attorneys for Defendant
                                            EXPORT DEPOT, d/b/a
                                            HOTEL-CARTS.COM

---

[1] Additionally, Plaintiff's Reply papers appear to have been untimely filed. The Judges' Procedures and Schedules page of this Court's Internet website states that documents are to be electronically filed no later than 4:00 p.m. on the date due, and the electronic notification of filing received by Export Depot's counsel indicates that Plaintiff's Reply was filed at approximately 5:00 p.m. on the date it was due.

- 1 -                                                    2:04-cv-01083 JFW (PJWx)
**Defendant Export Depot's Objection To Plaintiff's Reply Memorandum In Support Of Motion For Contempt For Violating The Court's Standing Order**